# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUQING YANG,<br><br>Plaintiff,<br><br>v.<br><br>JADDOU UR MENDOZA, ET AL.,<br><br>Defendants. | Case No. 2:23-cv-00248-JLS-MAA<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION (Doc. 9)** |

The Court, having read and considered the parties' Joint Stipulation to Stay the Case Pending Adjudication of Application (Doc. 9), and finding good cause therefor, HEREBY ORDERS that the instant action shall be stayed until November 10, 2023. No later than that date, Plaintiff shall file a notice of dismissal or status report in the action.

DATED: March 17, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE